# IN THE UNITED STATES MAGISTRATE COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**MICHAEL E. MONFORTON,**<br><br>Defendant. | PO-23-05004-BLG-TJC<br><br>**ORDER**<br><br>Violation No. F01L000L<br>Location Code:  M6H |

    The United States has filed a motion to dismiss this action with prejudice. (Doc. 12.)  This action, however, was already dismissed on June 2, 2023, upon the United States' previous motion.  (*See* Doc. 11.)  Accordingly, the motion to dismiss is DENIED AS MOOT.

    DATED this 21st day of July, 2023.

_____<br>
TIMOTHY J. CAVAN<br>
United States Magistrate Judge